**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA** | **:** | **CIVIL ACTION** |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |
| **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT** | **:** | **NO.: 26-cv-2553** |
| | **:** | |

**O R D E R**

**AND NOW**, this **21st** day of **APRIL 2026**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is <u>Magistrate (Caroline Goldner Cinquanto).</u> If the District Judge deems referral appropriate, a separate referral order, specifying the reason for referral, will be issued by the District Court Judge.

**FOR THE COURT:**

**WENDY BEETLESTONE**
**Chief Judge**

**ATTEST:**

  **/s/George Wylesol**
**GEORGE WYLESOL**
**Clerk of Court**