**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>OF PENNSYLVANIA,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES IMMIGRATION<br>AND CUSTOMS ENFORCEMENT,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 2:26-cv-02553 |

**AFFIDAVIT OF SERVICE**

I, Ariel Shapell, hereby declare that pursuant to Federal Rule of Civil Procedure 4(i), I caused

the following documents in the above-captioned case to be served:

- Conformed Summons;
- Complaint for Declaratory and Injunctive Relief and Exhibits;
- Civil Cover Sheet; and
- Designation Form.

I caused the aforementioned documents to be served by certified mail, return receipt

requested, at the following addresses:

United States Department of Justice
c/o Attorney General Todd Blanche
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street, SW, MS 5900
Washington, DC 20536-5900

U.S. Attorney's Office
c/o Civil Process Clerk
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

*See* Exhibits A-C (Summonses).

I received a return receipt for service of the aforementioned documents by certified mail to the U.S. Attorney's Office for the Eastern District of Pennsylvania with a date of delivery of May 15, 2026. *See* Exhibit A. I received a return receipt for service of the aforementioned documents by certified mail to the U.S. Immigration and Customs Enforcement with a date of delivery of May 13, 2026. *See* Exhibit B. I received a return receipt for service of the aforementioned documents by certified mail to the U.S. Attorney General's Office with a date of delivery of May 11, 2026. *See* Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 6, 2025                                        Respectfully submitted,

*/s/ Ariel Shapell*_____
Ariel Shapell (PA 330409)
**AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA**
P.O. Box 60173
Philadelphia, PA 19102
T:  215-592-1513
E:  ashapell@aclupa.org

## **CERTIFICATE OF SERVICE**

I, Ariel Shapell, hereby certify that the foregoing was served via the CM/ECF system on July 6, 2026.

*/s/ Ariel Shapell*
Ariel Shapell (PA 330409)