# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT | ) ) ) | |
| *Defendant(s)* | ) ) ) | Civil Action No. 26-2553 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States of America
U.S. Department of Justice
c/o Attorney General Todd Blanche
950 Pennsylvania Avenue, NW
Washington DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ariel Shapell
American Civil Liberties
Union of Pennsylvania
PO Box 60173
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

*CLERK OF COURT*

Date:     4/20/2026

*Amanda Frazier*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    26-2553

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States of America

was received by me on *(date)*    April 20, 2026          .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served via certified mail on U.S. Attorney General Todd Blanche in accordance with
Fed. R. Civ. P. (4)(i)(1)(B)                                                                      .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    April 27, 2026                           _____
                                                                        *Server's signature*

                                                            Emily Hoecker-Strom, Paralegal
                                                  _____
                                                                     *Printed name and title*
                                                                 ACLU of Pennsylvania
                                                                    P.O. Box 60173
                                                              Philadelphia, PA 19102
                                                  _____
                                                                       *Server's address*

Additional information regarding attempted service, etc:

Return Receipt requested.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
Attorney General Todd Blanche
950 Pennsylvania Ave. NW
Washington DC 20530

9590 9402 9892 5335 5196 41

2. Article Number *(Transfer from service label)*

7021 0950 0002 1245 8598

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Evie Sassat*   ☐ Agent
                  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

MAY 11 2025

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# EXHIBIT B

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA | ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT | ) ) ) | |
| *Defendant(s)* | ) ) ) | Civil Action No. 26-2553 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St SW
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ariel Shapell
American Civil Liberties
Union of Pennsylvania
PO Box 60173
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

*CLERK OF COURT*

Date:          4/20/2026

*Amanda Frazier*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     26-2553

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     U.S. Immigration and Customs Enforcement

was received by me on *(date)*     April 20, 2026     .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    I served via certified mail on the office of the Principal Legal Director for U.S.

Immigration and Customs Enforcement in accordance with Fed.R.Civ.P. 4(i)(2).     .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:    April 27, 2026

_____
Server's signature

Emily Hoecker-Strom, Paralegal
_____
*Printed name and title*

ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
_____
*Server's address*

Additional information regarding attempted service, etc:

Return Receipt requested.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Immigration and Customs Enft.
Office of the Principal Legal Advisor
500 12th St. SW
Washington, DC 20536

9590 9402 9892 5335 5196 58

2. Article Number (Transfer from service label)

7021 0950 0002 1245 8611

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

MAY 1 3 REC'D

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT C

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT | ) ) ) | |
| *Defendant(s)* | ) ) | Civil Action No. 26-2553 |
| | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

United States of America
U.S. Attorney's Office
c/o Civil Process Clerk
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ariel Shapell
American Civil Liberties
Union of Pennsylvania
PO Box 60173
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

*CLERK OF COURT*

Date:  4/20/2026

*Amanda Frazier*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    26-2553

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    United States of America

was received by me on *(date)*    April 20, 2026              .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    I served via certified mail on the Civil Process Clerk for the U.S. Attorney for the Eastern
District of Pennsylvania in acccordance with Fed.R.Civ.P.4(i)(1)(A)(ii).                          .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00       .

I declare under penalty of perjury that this information is true.

Date:    April 27, 2026

_____
Server's signature

Emily Hoecker-Strom, Paralegal

_____
*Printed name and title*
ACLU of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102

_____
*Server's address*

Additional information regarding attempted service, etc:

Return Receipt requested.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) \| C. Date of Delivery 5/15/20 |
| 1. Article Addressed to:<br><br>U.S. Attorney's Office<br>c/o Civil Process Clerk<br>615 Chestnut St., Suite 1250<br>Philadelphia, PA 19106 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9892 5335 5196 34

| 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>Insured Mail Restricted Delivery<br>(over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
|---|---|

2. Article Number *(Transfer from service label)*

7021 0950 0002 1245 8604

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt